**192**

STATE of Missouri, Respondent,

v.

Benerie ALLEN, Appellant.

No. 46042.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 10, 1983.

Motion for Rehearing and/or Transfer
Denied July 6, 1983.

Application to Transfer Denied
Aug. 16, 1983.

Debra Buie Arnold, Henry Robertson, Asst. Public Defenders, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Peach, Circuit Atty., St. Louis, for respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction, after a jury trial, of robbery in the second degree for which he was sentenced to eight years imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).